IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

**Tracy Gross**, )
)
        Plaintiff, )
)
v. ) CASE NO.: 1:24-cv-00026
)
**Martin O'Malley**, ) Judge Richardson
Commissioner of Social Security, )
)
        Defendant. )

## ORDER

Pending before the Court is the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g) (Doc. No. 16, "Joint Motion to Remand"). Based upon the Joint Motion to Remand of the parties and for good cause shown, **IT IS ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. No. 16) is **GRANTED**;

2. Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) is **DENIED** as moot.

3. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

4. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation; and

5. The case is terminated on the docket of this Court.

IT IS SO ORDERED.

                                                              _____
                                                              ELI RICHARDSON
                                                              UNITED STATES DISTRICT JUDGE